C. A. No. 77-68. STATE *v.* DANA PAIGE. The defendant's motion to withdraw his appeal is granted and the appeal is hereby dismissed. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney

General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for defendant.